## MEMORANDUM DECISIONS.

ALDRICH, Respondent, v. PHILIP MOR-RIS & CO., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Herbert L. Aldrich against Philip Morris & Co. J. H. Jones, for appellants. F. S. Randall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ALLERTON, Respondent, v. NEW YORK, L. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by D. Dudley Allerton against the New York, Lackawanna & Western Railway Company. No opinion. Judgment and order affirmed, with costs.

ALTMAN, Appellant, v. COSMOPOLITAN FIRE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Joseph Altman against the Cosmopolitan Fire Insurance Company of New York. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. *Held,* that the complaint states but a single cause of action.

AMERICAN BLUE STONE CO., Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by the American Blue Stone Company against Vincent Valentine. No opinion. Order affirmed, with $10 costs and disbursements.

AMERICAN FERROFIX BRAZING CO., Respondent, v. POTTER et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by the American Ferrofix Brazing Company against Nathaniel R. Potter and another. No opinion. Judgment and order affirmed, with costs.

ANDERSON, Respondent, v. SMITLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Eva R. Anderson against Jane A. Smitley and others. E. W. Paige, for appellants. F. A. McCloskey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ARNOLD, Respondent, v. CENTRAL NEW ENGLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Charles T. Arnold against the Central New England Railroad Company. No opinion. Judgment and order of the County Court of Duchess county unanimously affirmed, with costs.

ASCHER, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by John J. Ascher against Albert W. Martin. R. W. Crawford, for appellant. E. W. Beebe, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

BANNON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by John J. Bannon against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 112 App. Div. 552, 98 N. Y. Supp. 770.

BANNON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by John J. Bannon against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 112 App. Div. 552, 98 N. Y. Supp. 770.

BANQUE D'HOCHELAGA, Appellant, v. NATIONAL PARK BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by the Banque D'Hochelaga against the National Park Bank of New York. C. A. De Gersdorff, for appellant. L. F. Doyle, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BARTLETT, Respondent, v. HUNTER ARMS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by Frank W. Bartlett against the Hunter Arms Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 115 N. Y. Supp. 1111.

BATES, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Robert Bates against Park A. Davis. No opinion. Judgment and order (57 Misc. Rep. 557, 109 N. Y. Supp. 1094) affirmed, with costs.

BELL, Respondent, v. ERIKSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by William Bell against Louis Eriksen and another. No opinion. Judgment of the Municipal Court affirmed, with costs.